Court Of Appeals
Fourth Court of Appeals District of Texas
San Antonio



# MEMORANDUM OPINION

No. 04-08-00198-CV

Maria **MEDINA**,
Appellant

v.

Randall Howard **BENDELE** and Benke Septic Systems,
Appellees

From the 38th Judicial District Court, Uvalde County, Texas
Trial Court No. 06-08-25,379-CV
Honorable Mickey R. Pennington, Judge Presiding

PER CURIAM

Sitting:     Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice
             Steven C. Hilbig, Justice

Delivered and Filed:   October 1, 2008

DISMISSED

The parties have filed a joint motion to dismiss the appeal.  Therefore, the motion is granted

and the appeal is dismissed.  *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f).  Costs of the appeal are taxed

against the parties who incurred them.

PER CURIAM